**2003–1947. Belmont Cty. Sheriff v. Fraternal Order of Police, Ohio Labor Council, Inc.**
Belmont App. No. 03 BE 8, 2003-Ohio-5154. Reported at 104 Ohio St.3d 568, 2004-Ohio-7106, 820 N.E.2d 918. On motion for reconsideration. Motion denied.

LANZINGER, J., not participating.

**2004–1102. State ex rel. Johnson v. Ohio Adult Parole Auth.**
Franklin App. No. 03AP–466, 2004-Ohio-2648. Reported at 104 Ohio St.3d 421, 2004-Ohio-6590, 819 N.E.2d 1106. On motion for reconsideration. Motion denied.

LANZINGER, J., not participating.

**2004–1515. State v. Smith.**
Stark App. No. 2004CA00089. Reported at 104 Ohio St.3d 1426, 2004-Ohio-6585, 819 N.E.2d 709. On motion for reconsideration. Motion denied.

**2004–1602. SuperValu Holdings, Inc. v. Jackson Ctr. Assoc., L.P.**
Clermont App. Nos. CA2003–12–108 and CA2003–12–110, 2004-Ohio-4314. Reported at 104 Ohio St.3d 1440, 2004-Ohio-7033, 819 N.E.2d 1123. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

**2004–1617. Humbert v. Borkowski.**
Fulton App. No. F–04–022, 2004-Ohio-4275. Reported at 104 Ohio St.3d 1427, 2004-Ohio-6585, 819 N.E.2d 710. On motion for reconsideration. Motion denied. All other motions dismissed as moot.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 17, 2005*

[Cite as *02/17/2005 Case Announcements,* 2005-Ohio-608.]

## MOTION AND PROCEDURAL RULINGS

**2001–1518. State v. Gapen.**
Montgomery C. P. No. 2000 CR 02945. This cause came on for further consideration of appellant's motion for stay of execution pending disposition of state remedies. Upon consideration thereof,

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that this stay shall remain in effect until exhaustion of all state post-conviction proceedings, including any appeals.

IT IS FURTHER ORDERED by the court that counsel for appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.

**2004–1211. Bank One Mgt. Corp. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–N–1788. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the parties' joint motion to remand this cause to the Board of Tax Appeals,

IT IS ORDERED by the court that the joint motion to remand be, and hereby is, granted, and this cause is remanded to the Board of Tax Appeals to implement the settlement agreement of the parties.

IT IS FURTHER ORDERED that costs are assessed pursuant to S.Ct.Prac.R. XI(5); that a mandate be sent to the Board of Tax Appeals to carry this judgment into execution; and that a copy of this entry be certified to the Board of Tax Appeals for entry.